No. 78–300. General Council on Finance and Administration of the United Methodist Church v. Superior Court of California, County of San Diego (Barr et al., Real Parties in Interest). Super. Ct. Cal., County of San Diego. Certiorari denied.

No. 78–301. Rosenthal et al. v. Bradford Trust Co. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–304. Alarshi v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–312. Skidmore v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 78–313. Booras et al. v. Waukegan Port District. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–338. Dooley v. Georgia. Ct. App. Ga. Certiorari denied.

No. 78–345. Moats et al. v. Landrum, Special Administratrix. C. A. 8th Cir. Certiorari denied.

No. 78–350. Union Oil Company of California v. Canadian American Oil Co. et al. C. A. 9th Cir. Certiorari denied.

No. 78–416. Grider v. United States. C. A. 6th Cir. Certiorari denied.

No. 78–434. Hansen v. United States. C. A. 7th Cir. Certiorari denied.

No. 78–5010. Gallaway v. Ohio. Ct. App. Ohio, Wayne County. Certiorari denied.